# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARLA DELL'ORO, AN INDIVIDUAL,
Appellant,

vs.

LYNETTE KEMP,
Respondent.

No. 78850

FILED

JUL 1 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order titled "Acceptance of Arbitrator's Decision." Second Judicial District Court, Washoe County; Barry L. Breslow, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an acceptance of arbitrator's decision. Moreover, this court notes that appellant's appeal from the final judgment on the arbitration award is currently pending in this court in *Dell'Oro v. Kemp*, Docket No. 78852. This court lacks jurisdiction, and therefore

ORDERS this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-29744

cc: Hon. Barry L. Breslow, District Judge
Carla Dell'Oro
McMahon Law Offices, Ltd.
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A